429 A.2d 70

Commonwealth v. Strohl, Appellant.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.

574

Submitted December 6, 1979.   Carol K. McGinley, Assistant Public Defender, for appellant; William H. Platt, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.

EAGEN, J. dissented.